UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __26-mj-8082-BER_____

**UNITED STATES OF AMERICA**

v.

**SHANNON JERMAINE HOLLINGSWORTH,**

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes   ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes   ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes   ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   ☐ Yes   ✓ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____*Justin Chapman*_____
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:   justin.chapman4@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> SHANNON JERMAINE HOLLINGSWORTH, <br><br> *Defendant(s)* | ) ) ) ) ) ) )    Case No.    26-mj-8082-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/29/2026 - 1/30/2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |

FILED BY ___TM___ D.C.

**Feb 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

**SEAN R COHEN**   Digitally signed by SEAN R COHEN
Date: 2026.01.31 18:14:53 -05'00'

*Complainant's signature*

Sean Cohen, Special Agent HSI
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: __2/1/2026__

*Judge's signature*

City and state: __West Palm Beach, FL__    Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sean R. Cohen, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since December 2011. I am currently assigned to the HSI West Palm Beach, Florida office. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certifications in the Criminal Investigator Training Program and the Special Agent Training Program. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2. I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies.

3. From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4. This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Shannon HOLLINGSWORTH** (hereinafter "HOLLINGSWORTH") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).

5.  This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation. This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## STATEMENT OF FACTS

6.  Beginning on or about November 2025, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of West Palm Beach. The Advertisement contained images of what appeared to be a young female and the following language:

>  Petite Hottie *Car Dates* *Incall* *Discreet*
> I AM A WOMAN seeking men
> Fun Size and & Ready 2 Blow ur mind!
> CUM let me please u!
> Addicting Ready 4 Fun
> Available Now!
> No Scams! No Deposits! No Cops!

7.  The Advertisement indicated that the person who would perform commercial sex acts was 67 years old.[2] The Advertisement depicted a female whose face was covered but was clearly much younger than 67 years old. The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an

---

[1] Based on my training and experience, I know that the Internet is a global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

undercover agent ("UC1") used it to communicate with potential sex buyers, including HOLLINGSWORTH.

8.  HOLLINGSWORTH communicated with UC1 using three different phone numbers, including phone numbers ending in x2758, x0982, and x8755.  On January 29, 2026, HOLLINGSWORTH texted with UC1 using phone numbers ending in x2758 and x0982.  On January 30, 2026, HOLLINGSWORTH texted with UC1 using the phone number ending in x0982.  On or about January 29, 2026, the Advertisement Number received text messages ending with x2758 that stated "Hi" and that HOLLINGSWORTH is wanting an "Incall" "Qv" (quick visit).  Thereafter, UC1 and HOLLINGSWORTH engaged in the following text conversation:

| January 29, 2026 (Texts between UC1 and HOLLINGSWORTH phone number ending in x2758 | |
|---|---|
| **Direction** | **Content** |
| HOLLINGSWORTH | Hi |
| UC1 | hi babe |
| HOLLINGSWORTH | Are you available |
| HOLLINGSWORTH | Are you available |
| UC1 | we are |
| HOLLINGSWORTH | West palm beach |
| UC1 | gardens what do u want love |
| HOLLINGSWORTH | Incall |

3

| HOLLINGSWORTH | Qv |
|---|---|
| UC1 | 120 babe shes young |
| HOLLINGSWORTH | Pic |
| UC1 | shes in the ad love |
| HOLLINGSWORTH | Are you sure that is her and that because if not, I don't want it |
| HOLLINGSWORTH | Are you sure that is her in the ad because if not, I don't want it |
| UC1 | yes babe thats her shes 15 |
| HOLLINGSWORTH | That's a child. Are you crazy? No good no go bye |
| HOLLINGSWORTH | Hello |
| HOLLINGSWORTH (Call) | |
| UC1 | ? |
| HOLLINGSWORTH | Are you available |
| UC1 | you already hit me up |
| HOLLINGSWORTH | My friend came to you |
| UC1 | ? |

| | |
|---|---|
| HOLLINGSWORTH | My friend want a incall qv |
| UC1 | ok 120 |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | Address |
| HOLLINGSWORTH | My friend is coming to do a Qv |
| HOLLINGSWORTH | ?? |
| UC1 | how old is ur friend? |
| HOLLINGSWORTH | 49 |
| HOLLINGSWORTH | ?? |
| HOLLINGSWORTH | ?? |
| HOLLINGSWORTH | Hello?? |
| HOLLINGSWORTH | So yes or not |
| UC1 | we need to video verify to know hes legit |
| HOLLINGSWORTH | I guess not bye then |
| HOLLINGSWORTH | Are you a cop or affiliated with any law-enforcement agencies |
| UC1 | no bb ru?? |
| HOLLINGSWORTH | No we are not either |
| HOLLINGSWORTH | Ok cool |

| HOLLINGSWORTH | Address |
| --- | --- |
| UC1 | kk do u have FT |
| HOLLINGSWORTH | No |
| UC1 | whatsap or snap? |
| HOLLINGSWORTH | WhatsApp |
| HOLLINGSWORTH | WhatsApp |
| HOLLINGSWORTH | What number to call |
| HOLLINGSWORTH (CALL) | |
| HOLLINGSWORTH | Hello?? |
| HOLLINGSWORTH | ?? |
| HOLLINGSWORTH | Hello?? |
| HOLLINGSWORTH (CALL) | |
| HOLLINGSWORTH | Bye |
| UC1 | 5616577133 |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | Hey I just called twice and got no answer |
| HOLLINGSWORTH | Hello?? |

| HOLLINGSWORTH | This is starting to get annoying |
| HOLLINGSWORTH | Im coming over or not for a Qv |
| HOLLINGSWORTH | Bye |
| UC1 | sry were getting food babe |

9.      HOLLINGSWORTH also communicated with UC1 using phone number ending in x0982 on January 29-30, 2026.  The following is the text conversation between UC1 and HOLLINGSWORTH:

| **January 29, 2026 (Texts between UC1 and HOLLINGSWORTH phone number ending in x0982)** ||
|---|---|
| **Direction** | **Content** |
| HOLLINGSWORTH | Hi |
| UC1 | hii bb 🥰 |
| HOLLINGSWORTH | Available |
| UC1 | yea babe what ru lookin for |
| HOLLINGSWORTH | Qv |
| UC1 | qv 120 hh 160 |
| UC1 | shes young |
| HOLLINGSWORTH | Address |

7

| HOLLINGSWORTH | Address to come to sweetie |
|---|---|
| HOLLINGSWORTH | ? |
| HOLLINGSWORTH | Bye there |

**January 30, 2026 (Texts between UC1 and HOLLINGSWORTH phone number ending in x0982)**

| HOLLINGSWORTH | Hi |
|---|---|
| HOLLINGSWORTH | Hi |
| UC1 | hiiii bb |
| HOLLINGSWORTH | Hi |
| HOLLINGSWORTH | Incall |
| HOLLINGSWORTH | Qv |
| HOLLINGSWORTH | ? |
| HOLLINGSWORTH | Hello? |
| UC1 | qv 120 |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | Whats the address to come to |
| UC1 | what r u lookin for |
| HOLLINGSWORTH | Qv |
| HOLLINGSWORTH | Incall |

8

| HOLLINGSWORTH | ? |
|---|---|
| UC1 | kk babe shes young so doesn't do everything. u want anything special? |
| HOLLINGSWORTH | Yes |
| UC1 | like waht babe |
| HOLLINGSWORTH | Blowjob and sex |
| UC1 | kk u good with condoms? if no its extra gotta keep her safe |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | Whats the address to come to |
| UC1 | we gotta video verify first to make sure ur legit |
| HOLLINGSWORTH | Ok video call what number |
| HOLLINGSWORTH | What number |
| UC1 | Do you have facetime or whatsapp? |
| HOLLINGSWORTH | I have WhatsApp |
| UC1 | Whats ur # |
| HOLLINGSWORTH | What your number ill call you |
| UC1 | 5616577133 |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | I just video called you and got no answer |

| HOLLINGSWORTH | ? |
| --- | --- |
| HOLLINGSWORTH | Hello? |
| HOLLINGSWORTH | ? |
| HOLLINGSWORTH | Hello? |
| HOLLINGSWORTH | Thats weird bye |
| UC1 | wow chill shes busy |
| HOLLINGSWORTH | Oh ok sorry about that |
| HOLLINGSWORTH | ? |
| HOLLINGSWORTH | Its I can find somebody else if you like me too |
| UC1 | if u dont wanna wait babe up to u |
| HOLLINGSWORTH | How long shes gonna be busy for |
| UC1 | u called me? |
| HOLLINGSWORTH | Ok |
| UC1 | no babe im asking u. i dont have any whatsapp calls |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | I will call again |
| HOLLINGSWORTH | I just called you twice on WhatsApp it's not working so I don't know what you want to do |
| HOLLINGSWORTH | ? |

10

| HOLLINGSWORTH | Hello? |
| --- | --- |
| HOLLINGSWORTH | What do you want to do because WhatsApp is not working then |
| UC1 | northlake n military lmk when ur close and ill send u addy |
| HOLLINGSWORTH | Are you guys a cop or affiliated with any law-enforcement agencies |
| UC1 | lol tf no |
| HOLLINGSWORTH | Ok lol me either |
| UC1 | uhhh better not be |
| HOLLINGSWORTH | Im not |
| UC1 | k boo lmk when ur close shes getting rdy |
| HOLLINGSWORTH | Ok |
| HOLLINGSWORTH | Ok whats the address |
| HOLLINGSWORTH | Ok whats the address |
| HOLLINGSWORTH | ? |
| UC1 | mystic woods apt |
| UC1 | go to 4252 leo ln |
| HOLLINGSWORTH | What apt number |
| UC1 | theres a lot btwn the 2 buildings just park and ill come grab u |

10. January 30, 2026, at approximately 1727 hours, a video call occurred between HOLLINGSWORTH, UC1, and the fictitious 15 year old, who is also a UC. UC1 conducted the call to a third phone number for HOLLINGSWORTH ending in x8755. During the video call, HOLLINGSWORTH saw the fictitious 15 year old girl (UC). HOLLINGSWORTH told UC1 he wants a quick visit. UC1 told HOLLINGSWORTH the girl is 15 and asked HOLLINGSWORTH if he's "cool with that". HOLLINGSWORTH asks if the girl has done that before with people. UC1 says she has and is doing it to make a little money. HOLLINGSWORTH then tells UC1 to send him the address and he will come over. UC1 tells HOLLINGSWORTH to bring cash and condoms, because she (the girl) doesn't do it without them. HOLLINGSWORTH says "okay, no problem".

11. On January 30, 2026, HOLLINGSWORTH arrived at a pre-determined location in the greater West Palm Beach area. Upon HOLLINGSWORTH's arrival, law enforcement officers who were set up nearby arrested him.

12. HOLLINGSWORTH was transported to a different location where he was interviewed. During a post-arrest interview, HOLLINGSWORTH was advised of *Miranda* warnings and agreed to speak with law enforcement. The interview was recorded on a body worn camera device.

13. During his interview, HOLLINGSWORTH stated that he was here about the "girl" and that he was going to report her to police. He stated he knew the girl was 15-years-old and saw her on a video call today. He stated he first spoke with UC1 yesterday from his Google Voice number x2758 after finding her on a website. He alleged he did not know the website's name but that it was for hookups and that this was his "first time." HOLLINGSWORTH said he was just

online to get people "in trouble" because prostitution is illegal. He admitted to requesting an incall "qv" or "quick visit" for a "blowjob and sex," that the UC told him the girl was 15-years-old, and that he responded that she was a child and it was "crazy." He stated he then created a lie that he had a friend who wanted to see the girl, continuing the conversation for his "friend," because he assumed the UC would not want to talk to him further if she knew it was still him. During the interview, law enforcement read back his chats to him, and he acknowledged he sent all the messages, and ended the conversation yesterday after the UC said they were getting food.

14.     HOLLINGSWORTH stated he contacted the UC again today with a new Google voice number x0982 so that the UC did not know it was him, and again requested a "qv" with the girl. Law enforcement read back his chats to him, and he acknowledged he sent all the messages. He stated he already knew the girl was 15-years-old since he talked to the UC yesterday. He admitted to having a video call with the UC and the child, where he was also reminded the child was 15-years-old. He provided his actual phone number of 561-485-8755, which was the number he had the video call on.

15.     HOLLINGSWORTH said his purpose of arriving at the meeting location today was to report the UC and the child to police. When asked why he did not report them to police yesterday or after the video call today, he stated that he had to collect more evidence for the police. He insisted he was not going to have sex with the child. When asked what his plan was for after he arrived to meet the UC and the child, he said he was going to have them come outside and once he saw them, he was going to call 911. Law enforcement asked why he had a condom on his person. HOLLINGSWORTH stated that he is a man and always has condoms on him, that he is good-looking and does not need to pay for sex, and that he only has $60 cash on him which was not what the UC asked for.

## CONCLUSION

16.     Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging HOLLINGSWORTH with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SEAN R COHEN
Digitally signed by SEAN R COHEN
Date: 2026.01.31 17:01:36 -05'00'

_____
Sean Cohen, Special Agent
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___1st___ day of ___February___ 2026.

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: SHANNON JERMAINE HOLLINGSWORTH

**Case No**: 

Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life term
* **Max. Fine:** $250,000
* **Special Assessment:** $100

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.